# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHISN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 09563 |
| McKinley Dunigan, | ) | HON. TIMOTHY A. BARNES |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |
| | ) | |

## NOTICE OF HEARING AND OBJECTION TO CLAIM 3-1

To: Trustee Marilyn O Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

David M Katinsky, Chief, CTS-Northern, Tax Division, (DOJ) P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Room 500, Chicago, IL 60604;

Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604;

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

Associate Area Counsel, SB/SE, 200 West Adams Street, Suite 2300, Chicago, IL 60606;

Please take notice that on August 6, 2020 at 1:30 p.m., I shall appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion to object claim, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on July 1, 2020:

    David M Katinsky, Chief, CTS-Northern, Tax Division, (DOJ) P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

    Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

    United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Room 500, Chicago, IL 60604;

    Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604;

    Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

    Associate Area Counsel, SB/SE, 200 West Adams Street, Suite 2300, Chicago, IL 60606;

The Chapter 13 Trustee listed above via electronic notice; and the following parties via Regular U.S. Mail:

With postage prepaid from the mail box located at 20 S. Clark Street 28th Floor, Chicago, IL 60603.

                                                /s/ *Alexander Nohr*
                                                Attorney for Debtor
                                                The Semrad Law Firm, LLC
                                                20 S. Clark Street, 28th Floor
                                                Chicago, IL 60603
                                                (312) 913-0625

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE NORTHISN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 09563 |
| McKinley Dunigan, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

## OBJECTION TO CLAIM 3-1

NOW COMES McKinley Dunigan, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to enter an Order regarding Claim 3-1; Debtor states the following:

1. That on April 20, 2020, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this case has not yet been confirmed by this Honorable Court.

3. That on April 27, 2020, the Internal Revenue Service (IRS) filed a Proof of Claim, Claim 3-1, in the total amount of $61,181.04 for Federal Income Tax liabilities. The claim allocates $36,815.08 as priority debt and $24,365.96 unsecured general claims. Please see Exhibit A for Proof of Claim.

4. Pursuant to Claim 3-1, Debtor owes $12,248.73 for 2015 Federal Income Tax liabilities which includes interest to petition date; said claim states Debtor's 2015 Federal Income Taxes are listed as estimated.

5. Pursuant to Claim 3-1, Debtor owes $12,068.71 for 2016 Federal Income Tax liabilities which includes interest to petition date; said claim states Debtor's 2016 Federal Income Taxes are listed as estimated.

6. Pursuant to Claim 3-1, Debtor owes $12,381.49 for 2017 Federal Income Tax liabilities which includes interest to petition date; said claim states Debtor's 2017 Federal Income Taxes are listed as estimated.

7. Pursuant to Claim 3-1, Debtor owes $11,516.96 for 2018 Federal Income Tax liabilities which includes interest to petition date; said claim states Debtor's 2018 Federal Income Taxes are listed as estimated.

8. Pursuant to Claim 3-1, Debtor owes $12,351.63 for 2019 Federal Income Tax liabilities which includes interest to petition date; said claim states Debtor's 2019 Federal Income Taxes are listed as estimated.

9. Debtor filed the 2015 taxes and owes $7,917.00.  Debtor filed the 2016 taxes and owes $8,317.00.  Debtor filed the 2017 taxes and owes $8,981.00.  Debtor filed the 2018 taxes and owes $7,261.00.  Debtor filed the 2019 taxes and owes $8,911.00.  Please see Exhibit B.

10. As detailed above, the priority portion of Claim 3-1 is allowed in the amount of $25,718.00.

11. As detailed above, the unsecured general portion of Claim 3-1 is allowed in the amount of $16,234.00.

12. Debtor respectfully requests this Honorable Court to Sustain Debtor's Objection to Claim 3-1 filed by the IRS.

13. Debtor has filed the instant case in good faith and is in a position to proceed with the Chapter 13 Plan of reorganization.

WHEREFORE, McKinley Dunigan, Debtor, respectfully requests this Honorable Court enter an Order:

1.) The priority portion of Claim 3-1 is allowed in the amount of $25,718.00; and

2.) The unsecured general portion of Claim 3-1 is allowed in the amount of $16,234.00; and

3.) For any such further relief as this Court deems fair and just.

Respectfully submitted,

___/s/ *Alexander Nohr*_____
Attorney for the Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625