EXHIBIT B

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2015** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1-Dec. 31, 2015, or other tax year beginning , ending    See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MCKINLEY | DUNIGAN | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
7540 S HAMILTON AVE

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CHICAGO, IL 60620

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name    Foreign province/state/county    Foreign postal code

**Filing Status**
Check only one box.
1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b  **1**

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☒ if child under age 17 qualifying for child tax credit (see instr.) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you  **0**
• did not live with you due to divorce or separation (see instructions)  **0**
Dependents on 6c not entered above  **0**

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . .   Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . | 7 | 59,051. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . . | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . | 15a | | b Taxable amount . . . . . . | 15b | |
| 16a | Pensions and annuities . . | 16a | | b Taxable amount . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . | 20a | | b Taxable amount . . . . . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 59,051. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . ▶ | 37 | 59,051 |

Form 1040 (2015) MCKINLEY DUNIGAN — Page 2

**Tax and Credits**

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 59,051. |
| 39a | Check if: You were born before January 2, 1951, ☐ Blind. Spouse was born before January 2, 1951, ☐ Blind. Total boxes checked ▶ 39a | 0 |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 6,300. |
| 41 | Subtract line 40 from line 38 | 52,751. |
| 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 4,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 48,751. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 7,988. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| 47 | Add lines 44, 45, and 46 ▶ | 7,988. |
| 48 | Foreign tax credit. Attach Form 1116 if required | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 50 | Education credits from Form 8863, line 19 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | |
| 53 | Residential energy credits. Attach Form 5695 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| 55 | Add lines 48 through 54. These are your total credits | 0. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 7,988. |

Standard Deduction for—
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
  Single or Married filing separately, $6,300
  Married filing jointly or Qualifying widow(er), $12,600
  Head of household, $9,250

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60a | Household employment taxes from Schedule H | |
| 60b | First-time homebuyer credit repayment. Attach Form 5405 if required | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | |
| 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 7,988. |

**Payments**

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 211. |
| 65 | 2015 estimated tax payments and amount applied from 2014 return | |
| 66a | Earned income credit (EIC) . . . NO | |
| 66b | Nontaxable combat pay election | |
| 67 | Additional child tax credit. Attach Schedule 8812 | |
| 68 | American opportunity credit from Form 8863, line 8 | |
| 69 | Net premium tax credit. Attach Form 8962 | |
| 70 | Amount paid with request for extension to file | |
| 71 | Excess social security and tier 1 RRTA tax withheld | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | |
| 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 211. |

If you have a qualifying child, attach Schedule EIC.

**Refund**

| Line | Description | Amount |
|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 0. |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 0. |
| 76b | Routing number ▶ c Type: ☐ Checking ☐ Savings | |
| 76d | Account number | |
| 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ 77 | |

Direct deposit? See instructions.

**Amount You Owe**

| Line | Description | Amount |
|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 7,917. |
| 79 | Estimated tax penalty (see instructions) | 140. |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No
Designee's name ▶ Derek P Usman  Phone no. ▶  Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed] McKinley Dunigan   Date: 6-13-20   Your occupation:   Daytime phone number:
Spouse's signature. If a joint return, both must sign.   Date:   Spouse's occupation:   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Joint return? See instr. Keep a copy for your records.

**Paid Preparer Use Only**

Print/Type preparer's name: Derek P Usman
Preparer's signature:   Date:
Firm's name ▶ Derek Usman
Firm's address ▶ 20 S Clark Street, 28th Floor
Chicago, IL 60603

# Form 1040 — U.S. Individual Income Tax Return (2016)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____, ending _____    See separate instructions.

**Your first name and initial:** MCKINLEY
**Last name:** DUNIGAN
**Your social security number:** ____

If a joint return, spouse's first name and initial: ____
Last name: ____
Spouse's social security number: ____

**Home address (number and street).** If you have a P.O. box, see instructions.
7540 S HAMILTON AVE    Apt. no. ____

**City, town or post office, state, and ZIP code.**
CHICAGO, IL 60620

Foreign country name: ____   Foreign province/state/county: ____   Foreign postal code: ____

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

## Filing Status (Check only one box)
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here.
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ____
5. [ ] Qualifying widow(er) with dependent child

## Exemptions
- 6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a
- 6b [ ] **Spouse**

Boxes checked on 6a and 6b: **1**

**c Dependents:** (none listed)

- No. of children on 6c who: lived with you: **0**
- did not live with you due to divorce or separation (see instructions): **0**
- Dependents on 6c not entered above: **0**
- Add numbers on lines above: **1**

d Total number of exemptions claimed

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 60,653. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** | 60,653. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ ____ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 0. |

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see instructions.

Form 1040 (2016) MCKINLEY DUNIGAN  Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 60,653. |
| | 39a | Check if: ☐ You were born before January 2, 1952, ☐ Blind. ☐ Spouse was born before January 2, 1952, ☐ Blind. Total boxes checked ▶ 39a | | 0 |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for-** | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 6,300. |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 54,353. |
| | 42 | **Exemptions.** If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 4,050. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 50,303. |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 8,353. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| • All others: Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 8,353. |
| Married filing jointly or Qualifying widow(er), $12,600 | 48 | Foreign tax credit. Attach Form 1116 if required ... 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 .. 49 | | |
| | 50 | Education credits from Form 8863, line 19 ... 50 | | |
| Head of household, $9,300 | 51 | Retirement savings contributions credit. Attach Form 8880 .... 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required ... 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 ... 53 | | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ 54 | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 8,353. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 8,353. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 .... 64 | 230. | |
| | 65 | 2016 estimated tax payments and amount applied from 2015 return 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** ... NO .... 66a | | |
| | b | Nontaxable combat pay election . . 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 .... 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 ... 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 ... 69 | | |
| | 70 | Amount paid with request for extension to file .... 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld ... 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 ... 72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 230. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 0. |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | 0. |
| Direct deposit? See instructions. | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 77 | Amount of line 75 you want **applied to your 2017 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 8,317. |
| | 79 | Estimated tax penalty (see instructions) .... 79 | 194. | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ No | | | |
| | Designee's name ▶ Derek P Usman  Phone no. ▶  Personal identification number (PIN) ▶ | | | |

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying ... accurately list all amounts and sources of income I received during the tax year. Dec... of my knowledge and belief, they are true, correct, and ...sed on all information of which preparer has any knowledge.

Your signature: [signed] McKinley Dunigan   Date: 6-13-20   Your occupation   Daytime phone number

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Derek P Usman | | | | |

Firm's name ▶ Derek Usman   Firm's EIN ▶

Firm's address ▶ 20 S Clark Street, 28th Floor   Phone no.

| Form **1040A** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** (99) **2017** | OMB No. 1545-0074<br>IRS Use Only - Do not write or staple in this space. |
|---|---|---|

Your first name and initial: **MCKINLEY**
Last name: **DUNIGAN**

If a joint return, spouse's first name and initial:
Last name:

Home address (number and street). If you have a P.O. box, see instructions.
**7540 S HAMILTON AVE**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**CHICAGO, IL 60620**

Foreign country name:
Foreign province/state/county:
Foreign postal code:

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:
(1) First name  Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✗ if child under age 17 qualifying for child tax credit (see instructions)

If more than six dependents, see instructions.

No. of children on 6c who:
• lived with you: **0**
• did not live with you due to divorce or separation (see Instructions): **0**
Dependents on 6c not entered above: **0**

d Total number of exemptions claimed.
Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 62,974. |
| 8a | **Taxable** interest. Attach Schedule B if required. | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a. 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| b | Qualified dividends (see instructions). 9b | | |
| 10 | Capital gain distributions (see instructions). | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount (see instructions). 11b | |
| 12a | Pensions and annuities. 12a | 12b Taxable amount (see instructions). 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a | 14b Taxable amount (see instructions). 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 62,974. |

**Adjusted gross income**

| 16 | Educator expenses (see instructions). 16 | | |
| 17 | IRA deduction (see instructions). 17 | | |
| 18 | Student loan interest deduction (see instructions). 18 | | |
| 19 | Tuition and fees. Attach Form 8917. 19 | | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | 0. |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | 62,974. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
Form **1040A** (2017)

Form 1040A (2017) MCKINLEY DUNIGAN — Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | 22 — 62,974. |
| | 23a | Check if: ☐ You were born before January 2, 1953, ☐ Blind; ☐ Spouse was born before January 2, 1953, ☐ Blind. Total boxes checked ▶ 23a — 0 | |
| | b | If you are married filing separately and your spouse itemizes deductions, check here ▶ 23b ☐ | |
| **Standard Deduction for—** • People who check any box on line 23a or 23b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,350 Married filing jointly or Qualifying widow(er), $12,700 Head of household, $9,350 | 24 | Enter your **standard deduction**. | 24 — 6,350. |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 — 56,624. |
| | 26 | **Exemptions.** Multiply $4,050 by the number on line 6d. | 26 — 4,050. |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** ▶ | 27 — 52,574. |
| | 28 | Tax, including any alternative minimum tax (see instructions). | 28 — 8,883. |
| | 29 | Excess advance premium tax credit repayment. Attach Form 8962. | 29 |
| | 30 | Add lines 28 and 29. | 30 — 8,883. |
| | 31 | Credit for child and dependent care expenses. Attach Form 2441. | 31 |
| | 32 | Credit for the elderly or the disabled. Attach Schedule R. | 32 |
| | 33 | Education credits from Form 8863, line 19. | 33 |
| | 34 | Retirement savings contributions credit. Attach Form 8880. | 34 |
| | 35 | Child tax credit. Attach Schedule 8812, if required. | 35 |
| | 36 | Add lines 31 through 35. These are your **total credits.** | 36 — 0. |
| | 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | 37 — 8,883. |
| | 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ | 38 |
| | 39 | Add line 37 and line 38. This is your **total tax.** | 39 — 8,883. |
| | 40 | Federal income tax withheld from Forms W-2 and 1099. | 40 — 112. |
| If you have a qualifying child, attach Schedule EIC. | 41 | 2017 estimated tax payments and amount applied from 2016 return. | 41 |
| | 42a | **Earned income credit (EIC).** NO42a | |
| | b | Nontaxable combat pay election. 42b | |
| | 43 | Additional child tax credit. Attach Schedule 8812. | 43 |
| | 44 | American opportunity credit from Form 8863, line 8. | 44 |
| | 45 | Net premium tax credit. Attach Form 8962. | 45 |
| | 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your **total payments.** ▶ | 46 — 112. |
| **Refund** | 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you **overpaid.** | 47 — 0. |
| Direct deposit? See instructions and fill in 48b, 48c, and 48d or Form 8888. | 48a | Amount of line 47 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 48a — 0. |
| | ▶b | Routing number | ▶c Type: ☐ Checking ☐ Savings |
| | ▶d | Account number | |
| | 49 | Amount of line 47 you want **applied to your 2018 estimated tax.** | 49 |
| **Amount you owe** | 50 | **Amount you owe.** Subtract line 46 from line 39. For details on how to pay, see instructions. ▶ | 50 — 8,981. |
| | 51 | Estimated tax penalty (see instructions). | 51 — 210. |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No | Designee's name ▶ Derek P Usman   Phone no. ▶ 312-913-0625   Personal identification number (PIN) ▶ | |

**Sign here**
Joint return? See instructions.
Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: [signed]   Date: 6-13-20   Your occupation:   Daytime phone number:
Spouse's signature. If a joint return, both must sign.   Date:   Spouse's occupation:   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid preparer use only**
Print/Type preparer's name: Derek P Usman   Preparer's signature:   Date:   Check ☒ if self-employed   PTIN: P00639718
Firm's name ▶ Derek Usman   Firm's EIN ▶
Firm's address ▶ 20 S Clark Street, 28th Floor   Phone no.

| Form **1040** | Department of the Treasury–Internal Revenue Service (99)<br>**U.S. Individual Income Tax Return** | **2018** | OMB No. 1545-0074 | IRS Use Only – Do not write or staple in this space. |

Filing status: [X] Single [ ] Married filing jointly [ ] Married filing separately [ ] Head of household [ ] Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MCKINLEY | DUNIGAN | |

Your standard deduction: [ ] Someone can claim you as a dependent  [ ] You were born before January 2, 1954  [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) [ ] You [ ] Spouse |
|---|---|---|
| 7540 S HAMILTON AVE | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6. | | If more than four dependents, see inst. and check here ▶ [ ] |
| Chicago, IL 60620 | | |

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) check if qualifies for (see inst.): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| *[signed]* | 6/3-20 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparers Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| Derek P Usman | | | | [X] 3rd Party Designee |
| Firm's name ▶ Derek Usman | | | | [X] Self-employed |
| Firm's address ▶ 20 S Clark Street, 28th Fl Chicago, IL 60603 | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   UYA   Form **1040** (2018)

Form 1040 (2018) MCKINLEY DUNIGAN                                                                                    Page 2

| | | | |
|---|---|---|---|
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 1 Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 62,407. |
| | 2a Tax-exempt interest       2a            b Taxable interest | 2b | |
| | 3a Qualified dividends       3a            b Ordinary dividends | 3b | |
| | 4a IRAs, pensions, and annuities   4a       b Taxable amount | 4b | |
| | 5a Social security benefits   5a            b Taxable amount | 5b | |
| Standard Deduction for - | 6 Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | 6 | 62,407. |
| • Single or married filing separately, $12,000 | 7 Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, Subtract Schedule 1, line 36, from line 6 | 7 | 62,407. |
| • Married filing jointly or Qualifying widow(er), $24,000 | 8 **Standard deduction or itemized deductions** (from Schedule A) | 8 | 12,000. |
| | 9 Qualified business income deduction (see instructions) | 9 | |
| • Head of household, $18,000 | 10 Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 10 | 50,407. |
| • If you checked any box under Standard deduction, see instructions. | 11 a Tax (see inst.) 7,033. (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐       )  b **Add** any amount from Schedule 2 and check here ▶ ☐ | 11 | 7,033. |
| | 12 a Child tax credit/credit for other dependents ____   b **Add** any amount from Schedule 3 and check here ▶ ☐ | 12 | 0. |
| | 13 Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 7,033. |
| | 14 Other taxes. Attach Schedule 4 | 14 | 0. |
| | 15 Total tax. Add lines 13 and 14 | 15 | 7,033. |
| | 16 Federal income tax withheld from Forms W-2 and 1099 | 16 | |
| | 17 Refundable credits: a EIC (see inst.) ____  b Sch 8812 ____  c Form 8863 ____  **Add** any amount from Schedule 5 ____       NO | 17 | 0. |
| | 18 Add lines 16 and 17. These are your total payments | 18 | 0. |
| | 19 If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | 19 | 0. |
| **Refund** | 20a Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 20a | 0. |
| Direct deposit? See instructions. | ▶ b Routing number _____ ▶ c Type: ☐ Checking  ☐ Savings  ▶ d Account number _____ | | |
| | 21 Amount of line 19 you want **applied to your 2019 estimated tax** ▶  21 | | |
| Amount you owe | 22 **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | 22 | 7,261. |
| | 23 Estimated tax penalty (see instructions) ▶  23   228. | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                    Form **1040** (2018)

UYA

# Form 1040 — U.S. Individual Income Tax Return (2019)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only – Do not write or staple in this space.

**Filing status:** [X] Single   [ ] Married filing jointly   [ ] Married filing separately (MFS)   [ ] Head of household (HOH)   [ ] Qualifying widow(er) (QW)

Check only one box. If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: **MCKINLEY**
Last name: **DUNIGAN**
Your social security number: ___

If joint return, spouse's first name and middle initial: 
Last name:
Spouse's SSN:

Home address (number and street): **7540 S HAMILTON AVE**   Apt. no.:
City, town or post office, state, and ZIP code: **Chicago, IL 60620**

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You  [ ] Spouse

Foreign country name: 
Foreign province/state/county:
Foreign postal code:
If more than four dependents, see inst. and check here ▶ [ ]

**Standard Deduction**
Someone can claim: [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You: [ ] Were born before January 2, 1955   [ ] Are blind   Spouse: [ ] Was born before January 2, 1955   [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) check if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 67,056. |
| 2a | Tax-exempt interest | | |
| 2b | Taxable interest. Attach Sch. B if required | 2b | |
| 3a | Qualified dividends — 1. | | |
| 3b | Ordinary dividends. Attach Sch. B if required | 3b | 1. |
| 4a | IRA distributions | | |
| 4b | Taxable amount | 4b | |
| 4c | Pensions and annuities — 2,021. | | |
| 4d | Taxable amount | 4d | 1,337. |
| 5a | Social security benefits | | |
| 5b | Taxable amount | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 6 | -76. |
| 7a | Other income from Schedule 1, line 9 | 7a | 1,988. |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** | 7b | 70,306. |
| 8a | Adjustments to income from Schedule 1, line 22 | 8a | |
| 8b | Subtract line 8a from line 7b. This is your **adjusted gross income** | 8b | 70,306. |
| 9 | Standard deduction or itemized deductions (from Schedule A) — 12,200. | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | |
| 11a | Add lines 9 and 10 | 11a | 12,200. |
| 11b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | 11b | 58,106. |

Standard Deduction for —
- Single or married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   UYA   Form 1040 (2019)

| | | | | |
|---|---|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 12a | 8,646. | |
| b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | | 12b | 8,646. |
| 13a | Child tax credit or credit for other dependents | 13a | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | | 13b | 0. |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | 14 | 8,646. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 15 | 134. |
| 16 | Add lines 14 and 15. This is your **total tax** ▶ | | 16 | 8,780. |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | 17 | 133. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | | | | |
|---|---|---|---|---|
| 18 | Other payments and refundable credits: | | | |
| a | Earned income credit (EIC) | NO | 18a | |
| b | Additional child tax credit. Attach Schedule 8812 | | 18b | |
| c | American opportunity credit from Form 8863, line 8 | | 18c | |
| d | Schedule 3, line 14 | | 18d | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | | 18e | 0. |
| 19 | Add lines 17 and 18e. These are your **total payments** ▶ | | 19 | 133. |

**Refund**

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | 20 | 0. |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 21a | 0. |
| ▶ b | Routing number    ▶ c Type: ☐ Checking  ☐ Savings | | | |

Direct deposit? See instructions.

▶ d Account number

| | | | | |
|---|---|---|---|---|
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | | |

**Amount you owe**

| | | | | |
|---|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | | 23 | 8,911. |
| 24 | Estimated tax penalty (see instructions) ▶ | 24 | 264. | |

**Third Party Designee** (Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.   ☐ Yes. Complete below.   ☒ No

Designee's name ▶         Phone no. ▶         Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature *[signed]*   Date 6-27-20   Your occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Phone no.   Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| Derek P Usman | Derek P Usman | | | ☐ 3rd Party Designee |
| Firm's name ▶ Derek Usman | | | Phone | ☒ Self-employed |
| Firm's address ▶ 20 S Clark Street, 28th Floor, Chicago, IL, 60603 | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   Form **1040** (2019)

UYA